From: Office of Executor for                 Document ID 030
MARK DANIEL LEITNER, Estate,                 Common Law Jurisdiction
To: Office of clerk of court
for the instant court,
Non-domestic without the U.S.

In the district court for the United States
c/o U.S. DISTRICT COURT NORTHERN DISTRICT
OF FLORIDA   PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| (Fictional) Plaintiff ) | Ref No. [3:11-cr-27(LAC)] at Law |
| v. ) | |
| MARK DANIEL LEITNER, legal ) | PETITION AND NOTICE |
| fiction, nominal defendant, by, ) | |
| Mark-Daniel: Leitner, agent, ) | |
| real living being and secured ) | |
| party for defendant ) | |

Comes Now, One, Petitioner, Mark-Daniel Leitner, more specifically Mark-Daniel of the Leitner clan/house, the real living breathing man with a spirit who is authorized to speak for the defendant "MARK DANIEL LEITNER", a corporation, debtor, juristic person; to Notice the world and Petition this court in the nature of redress in compliance with the original, living Corganic constitution for the United States of America.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.
11 MAY 18 PM 1:58
FILED

-1-

## NOTICE

1. Petitioners May 8, 2011 recording is hereby returned to this clerk and court for confirmed recording and court action.

2. This "recording" has no deficiencies that would prevent its recording, and action taken on its request, from this court.

3. The recording is issued and recorded by right of Petitioner which supercedes any court rules; and in the nature of [Fed.R.Civ.P. 79 and 5(d)4] and the judiciary Act of 1789, First congressional session Ch.20, sec. 34a, the clerk must record it.

4. At the time of the recordings writing, Petitioner did not have any case number or caption, or address for certificate of service.

5. Under protest, threat and duress, the document has been modified and is re-issued to this court for action, but is considered recorded from the original date it was sent in.

6. Take Notice: Petitioner has very few resources currently, is a lay person at law and Petitioners "recording" dated May 8, 2011 and any future recordings are to be liberally construed. This court is bound by the Supreme court precedents of [Haines v. Kerner and Bounds v Smith]

## PETITION-REQUEST

7. Petition and Request: By necessity, without liability and with all rights reserved, this clerk and court are requested and required to record, take action and grant the relief requested in Petitioners May 8, 2011 recording, and to either waive the service requirement or perfect service by your [Rule 5] or other provision, to whomever requires service.

date: May 16, 2011       signed: Mark-Daniel-_____, agent.

-2-

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### OFFICE OF THE CLERK

**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Division

May 11, 2011

MARK DANIEL LEITNER
Santa Rosa County Jail, P. O. Box 7129
Milton, Florida 32572

Re: Document titled Petition and Demand

Mr. Leitner:

The court is unable to act on the subject matter of your document until the below deficiencies are corrected:

Your document is not properly captioned or in proper format for this court as required by Local Rule 5.1(B). Every paper you file must have the name of this court, the proper case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you.

The attached paper is returned because there is no case number on it.

The document does not have a Certificate of Service as required by Local Rule 5(D) showing proper service.

Sincerely,

[signature] Clerk

*[Handwritten stamp/note diagonally across page: "OFFER DECLINED NO CONSENT GIVEN INDEMNIFICATION REQUIRED by Mark-Daniel: Leitner, authorized agent for MARK DANIEL LEITNER"]*

---

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |

From: Office of Executor for
MARK DANIEL LEITNER, Estate          Common Law Jurisdiction

To: Office of Clerk of Court
   in the district court for the United States
   c/o U.S. DISTRICT COURT NORTHERN DISTRICT
   OF FLORIDA   PENSACOLA DIVISION

```
~~~~~~~~~~~ UNITED       )
STATES OF AMERICA        )   Ref No. [~~unknown~~] at Law
                         )
(assumed fictional plaintiff) )   [3:11^cr-27/LAC] at Law
                         )
        v.               )   PETITION AND DEMAND
                         )
MARK DANIEL LEITNER,     )
                         )
legal fiction, nominal defendant )
                         )
by,                      )
                         )
Mark-Daniel: Leitner, real )
                         )
living being, agent and secured )
                         )
Party for defendant.     )
```

[Stamp: CLERK U.S. DISTRICT CT. NORTHERN DIST. FLA. PENSACOLA, FLA. 11 MAY 10 PM 2:23 Received]

Comes Now, One, Petitioner, Mark-Daniel: Leitner, or more specifially Mark-Daniel of the "Leitner" house/clan, the real living breathing man with a spirit who is authorized to speak for the defendant " MARK DANIEL LEITNER", a corporation, debtor, juristic person-fiction; to Notice this clerk, court and world, and Petition this court in the nature of redress in compliance with the original, living (organic) constitution for the United

-1-

States of America.

Petitioner / Affiant affirms and declares the following:

## STATEMENT OF FACTS

1. In furtherance of Petitioners unlawful Imprisonment, One was kidnapped under guise of 'transport' from Lewisburg [PA] prison camp facility to Santa Rosa county jail, Milton, Florida state, 5755 E. Milton Road [32583].

2. Upon information and belief, a writ was allegedly issued to produce the body in this matter in regards to a detainer which stemmed from alleged charges being brought forth in this court.

3. Petitioner has not been made aware of any specific alleged charges against him or against the defendant.

4). Petitioner, as well as Defendant, have been denied the right to face any would be accusors.

5. Petitioner has a God given right to defend the body.

6. Petitioner has been denied right to due process.

7. Upon information and belief, Petitioner accuses fictional Plaintiff and agents thereof, of using the Marshall service, Bureau of Prisons, and this court to further its scheme of unlawfully retaliating against Petitioner, by and through defendant, by way of using false charges and 'transport' to prevent Petitioner from responding to false civil suit allegations against the defendant.

8. Those responsible for or involved in this action affecting Petitioner are committing a tort ('tort'ure) against Me, Petitioner, under thier liscence.

9. Petitioner now formally and squarely challanges the jurisdiction of this court to specifically hold in custody, take cognizence of, and interface with the body of Mark-Daniel of the house of 'Leitner', the real living breathing,'natural physical being' with a spirit.

10. Petitioner is being held in a facility that affords no library (law) resources, books, research, computer, blank paper, typewriter, etc.

11. This is a violation of the sixth amendment, a denial of access to the court(s) .... a right secured by the aforementioned constitution.

12. So who is responsible for putting one in the fore described position? The court? Judge? Fictional Plaintiff?

13. There is no evidence in fact that this court has not fatally violated Petitioners due process rights in this matter, and none is believed to exist.

14. There is no evidence in fact that this court does not lack jurisdiction specifically over the real living man, Mark-Daniel of the 'Leitner' house/clan; and no evidence is believed to exist.

15. There is no evidence in fact that this courts alleged charging instrument and record does not fail to show this courts jurisdiction on its face over the real living man,

-3-



Petitioner, Mark-Daniel ‡Leitner', and none is believed to exist.

16. Objection and non-consent is asserted to this court moving forward in anyway with this matter absent this proper bona fide showing of this courts jurisdiction specifically over Petitioner on the face of this courts instrument. Absent this, the court must immedeately dismiss this alleged matter and dispatch all alleged charges as a matter of Law.

17. At the time of this writing, nothing regarding Petitioner or alleged Defendant appears on the instant docket.

18. This document is issued in good faith, for lawful purpose and not for delay, harrassment or to create unneccesary costs; and to correct a mistake, accessing this court in the nature of U.CC. 1-103.6, without recourse or liability and with all rights reserved.

19. Notice: This court is to take MANDATORY JUDICIAL NOTICE OF:

    a) The substance of Petitioners recording dated April 14, 2001 in the matter of [3:10-cv-0454/ws] at Law.

    b) That Petitioner and also the Defendant are not schooled in law, and One is using the only resources available at this time.

    c) Supreme Court precedents of [Haines v. Kerner and Bounds v. Smith], previous cited to this court.

20. To this day, no representative of 'Plaintiff' has just plainly asked Petitioner to provide the relief they may seek instead of attempting to obtain it by unlawful and deceitful means.

21. Petitioner recalls any and all CUSIP numbers and bonds generated as a result of this alleged matter, and grants no consent nor license to the unauthorized use of Petitioners credit without express written permission.

22. Annexed to this courts process and record by this reference are the original recordings, known and supported by the public at Liber no. 3402015, Cowlitz county, Washington state and Liber no. 10818 at page 404, Monroe county, New York.

## PETITION - REQUEST

23. Due to the record and the affirmed, unrebutted facts herein, Petitioner Requests and Demands within this courts process; by way of the inherent, non-discretional, ministerial duty of a properly bonded and seated Federal judge for the Common-Law side for this court; that the body of the living breathing man Mark-Daniel of the 'Leitner' house/clan, be released forthwith from custody immedeately.

In the alternative that any alleged charges, claims or bills against Me, Petitioner, Mark-Daniel : Leitner or against the defendant be completely dispatched and the body (Petitioner) be returned to where he was taken from immedeately!

24. To any other action contemplated by this court, Petitioner does not consent and declares and states: I Object, I Object, I Object!

date: May 8, 2011    signed Mark-Daniel: Leitner, agent

25. Petitioner/Affiant reserves the right to amend so that the truth be ascertained and justly determined.

One declares he has read the above and knows it to be true to the best of One's knowledge and belief. As to those things stated on information and belief, One believes them to be true.

Petitioner declares the foregoing to be true, correct and complete under penalty of perjury within the laws of the United States of America without the United 'State' (Federal government).

Further Affiant sayeth naught.

date: May 8, 2011       Signed: † Mark-Daniel; [signature], agent, attorney-in-fact, secured party for debtor: MARK DANIEL LEITNER.

## NOTICE

26. Take Notice: Regulus, credit to the account of the within named payee without prejudice.

27. Petitioner is private.

## PETITION - SECOND REQUEST

28. Wherefore, due to the record, affirmed facts herein that stand unrebutted, current and ongoing restraint of Petitioner's liberty, and the Godgiven rights Petitioner claims as well as the limitations on government as secured by the aforementioned living constitution; Petitioner requests, nay demands, that this court grant

the relief herein demanded within seventy-two (72) hours of receiving this Petition.

29.           STIPULATION

Notice to this court, Plaintiff and any agent or representative thereof, or any and all affected parties to this matter are required to provide in affidavit form, a competent fact rebuttal to the facts herein, to this court at its address and to Petitioner at the stipulated address below within seventy-two (72) hours of receipt of this verified Petition. — Your failure to respond as stipulated is your agreement with an admission to the fact that everything in this document is true, correct, legal, lawful and that Petitioner is due the herein demanded relief immedeately; and is your irrivocable agreement attesting to this, fully binding upon you in any court in America without your protest or objection or that of those who represent you.

date: May 8, 2011      signed: +Mark-Daniel: Leitner, agent.
                                 Stipulated address: non-assumpsit /TDC:
                                 Office of Executor for
                                 MARK DANIEL LEITNER, Estate.
                                 c/o Santa Rosa county jail - Pod 2
                                 [P.O. Box 7129] city of Milton
                                 Florida state., republic [32572]

# CERTIFICATE OF SERVICE
## – DECLARATION OF DELIVERY –

I, Mark-Daniel:Leitner, the undersigned certify under penalty of perjury within the laws of the United States of America without the United 'State' (Federal government), that I placed with the handling of the Santa Rosa county jail on May 8, 2011, postage pre-paid, first class mail, the original recording "Petition and Demand" dated May 8, 2011, ( ) pages, document ID 028 plus this one page declaration of delivery, properly addressed and served to:

Office of the clerk of the court for the district court for the United States, c/o U.S. DISTRICT COURT - NDFL - PENSACOLA
1. N. Palafox St., Pensacola, Florida (32501).

At this time, the undersigned is not aware of any counsel of record, nor has been made known of any other entity to perfect service upon.

date: May 8, 2011        signed: † Mark-Daniel - [signature] agent

Notice to the clerk: Please deliver to the Law side of this court and to the private evidence file in Chambers of any assigned Federal Judge, record there, and stamp recorded the enclosed copy of the above, and mail back to me at my current location. Thank you –
            Mark